**Barry ROBERSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 75093.

Missouri Court of Appeals,
Eastern District,
Division One.

April 20, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 3, 1999.

Application for Transfer Denied
Aug. 24, 1999.

Michael D. Stokes, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kevin F. Hennessey, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr. and CLIFFORD H. AHRENS, JJ.

## ORDER

PER CURIAM.

Movant, Barry Roberson, appeals from the denial of his Rule 29.15 motion without an evidentiary hearing.

The judgment of the trial court is based on findings of fact that are not clearly erroneous. No error of law appears. An opinion would have no precedential value.

The judgment of the trial court is affirmed. Rule 84.16(b).